# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Alicia Dunlap and Aliou Diao,

    Plaintiffs,                      Case No.: 20-10232-LVP-MJH

v.                                     Hon. Linda V. Parker

Anna's House Corporate, LLC,
a Michigan Corporation, and
Josh Beckett, an individual,

    Defendants.

_____/

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of the parties to dismiss Plaintiffs' claims in the above captioned action without costs or attorneys' fees and the Court otherwise being informed in the premises;

IT IS HEREBY ORDERED THAT this action be, and hereby is, dismissed with prejudice, and without attorneys' fees or costs to either party. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: April 2, 2021

**STIPULATED AND AGREED TO BY:**

By: */s/ Channing Robinson-Holmes (with permission)*
   Michael L. Pitt (P24429)
   Channing Robinson-Holmes (P81698)
   Pitt McGehee Palmer & Rivers PC
   117 W. 4th Street, Ste. 200
   Royal Oak, MI 48067
   *Attorneys for Plaintiff Dunlap*

By: /s/*Amy V. Doukoure (with permission)*
   Amy V. Doukoure (P80461)
   CAIR-MI Legal Fund
   1905 S. Haggerty Rd., Suite 105
   Canton, MI 48188
   *Attorneys for Plaintiff Diao*

Dated: April 2, 2021

By: */s/ Brett J. Miller*
   Kurtis T. Wilder (P37017)
   Brett J. Miller (P68612)
   Hannah E. Treppa (P80978)
   Butzel Long, PC
   150 W. Jefferson Ave., Ste. 100
   Detroit, MI 48226
   *Attorneys for Defendants*

Dated: April 2, 2021

2145478